

Activity in Case MDL No. 2800 IN RE: Equifax, Inc., Customer Data Security Breach Litigation
JPMLCMECF
to:
JPMLCMDECF
11/13/2018 06:05 AM
Hide Details
From: JPMLCMECF@jpml.uscourts.gov
To: JPMLCMDECF@jpml.uscourts.gov

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

**United States**

**United States Judicial Panel on Multidistrict Litigation**

## Notice of Electronic Filing

The following transaction was entered on 11/13/2018 at 9:03 AM EST and filed on 11/13/2018
**Case Name:**   IN RE: Equifax, Inc., Customer Data Security Breach Litigation
**Case Number:**   MDL No. 2800
**Filer:**
**Document Number:** 918(No document attached)

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**NOTICE TO COUNSEL -**
**The Clerk of the Panel has determined the listed action(s) is not appropriate for inclusion in this MDL. *See* Rule 7.1(b)(i).**
**-- NV/2:18-cv-01949**

**Signed by Clerk of the Panel Jeffery N. Luthi on 11/13/2018.**

**Associated Cases: MDL No. 2800, NV/2:18-cv-01949 (DP)**

**Case Name:**   Shiu v. Equifax Information Services LLC
**Case Number:**   NV/2:18-cv-01949
**Filer:**
**Document Number:** 1(No document attached)

**Docket Text:**

**\*\*\*TEXT ONLY ENTRY\*\*\***

**NOTICE TO COUNSEL -**
**The Clerk of the Panel has determined the listed action(s) is not appropriate for inclusion in this MDL.** *See* **Rule 7.1(b)(i).**
**-- NV/2:18-cv-01949**

**Signed by Clerk of the Panel Jeffery N. Luthi on 11/13/2018.**

**Associated Cases: MDL No. 2800, NV/2:18-cv-01949 (DP)**

**MDL No. 2800 Notice has been electronically mailed to:**

Arthur Mahony Murray     cdimaggio@murray-lawfirm.com, cfitzgerald@murray-lawfirm.com

David James Worley     David@ewlawllc.com, barry@ewlawllc.com

Roy E. Barnes     roy@barneslawgroup.com

Gary F. Lynch     dhart@carlsonlynch.com, ecf@carlsonlynch.com, jetzel@carlsonlynch.com, ktucker@carlsonlynch.com

Ranse Murphy Partin     ranse@conleygriggs.com, stephanie@conleygriggs.com

Craig A. Gillen     cgillen@gwllawfirm.com

MaryBeth V. Gibson     mgibson@thefinleyfirm.com, bstringfellow@thefinleyfirm.com

**MDL No. 2800 Notice will not be electronically mailed to:**

**NV/2:18-cv-01949 Notice has been electronically mailed to:**

S. Stewart Haskins, II     shaskins@kslaw.com, danderson@kslaw.com, lbassett@kslaw.com, sydney.wilson@kslaw.com

Craig K Perry     craig@craigperry.com

**NV/2:18-cv-01949 Notice will not be electronically mailed to:**