NICHOLAS M. WIECZOREK
Nevada Bar No. 6170
JEREMY J. THOMPSON
Nevada Bar No. 12503
CLARK HILL PLLC
3800 Howard Hughes Parkway, Suite 500
Las Vegas, NV 89169
Telephone:      (702) 862-8300
Facsimile:      (702)862-8400
NWieczorek@clarkhill.com
JThompson@ClarkHill.com

Attorneys for Defendant
EQUIFAX INFORMATION SERVICES LLC

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MILLIE PHUNG SHIU,<br><br>                              Plaintiff,<br><br>        v.<br><br>EQUIFAX INFORMATION SERVICES LLC,<br><br>                              Defendant. | Case No.:  2:18-cv-01949-KJD-GWF<br><br>**STIPULATION AND ORDER TO EXTEND TIME**<br><br>**(FIRST REQUEST)** |

Pursuant to LR 26-4, plaintiff Millie Phung Shu and defendant Equifax Information Services, LLC, by and through their respective counsel of record, hereby stipulate to modify the Court's Scheduling Order, dated January 29, 2019 (ECF No. 19), to extend the dispositive motion deadline *only*.

The Parties note that no Party has failed to meet any discovery deadline and that the dispositive motion deadline is not within 21 days. The purpose of this request is to extend the dispositive motion deadline so that the Parties can continue to focus their time and resources on the disposition of this matter without further litigation.

### A. Discovery Completed

The Parties have served initial disclosures.

The Parties have exchanged written discovery.

### B. Discovery That Remains to Be Completed

Due to recent discussions regarding settlement, Plaintiff requested an extension to submit

STIPULATED DISCOVERY PLAN

her discovery responses to August 1, 2019.

**Reason Discovery Has Not Been Completed**

The Parties have not failed to timely complete any discovery. The discovery cutoff occurred on July 19, 2019.  However, due to recent settlement discussions, the Parties agreed to extend Plaintiff's deadline to serve her written discovery responses to August 1, 2019.   Because of that extension, the Parties seek to extend the current dispositive motion deadline of August 16, 2019 so that Equifax has sufficient to time to review Plaintiff's discovery responses and evaluate whether a dispositive motion is necessary

Further, the Parties seek the extension requested herein in order to facilitate disposition of the action without further litigation. The Parties have been diligently working towards that end.

The Parties agree that no Party will suffer any prejudice as a result of the relief requested herein. To the contrary, the proposed extension will facilitate a more efficient disposition of this action and preserve judicial resources.

The foregoing constitutes good cause to amend the existing Scheduling Order pursuant to LR 26-4 as requested below.

**C.  Proposed Schedule for Completion of Discovery**

| Event | Existing Deadline | Proposed Deadline |
|---|---|---|
| Amendment of Pleadings | February 26, 2019 | |
| Expert Disclosures | May 17, 2019 | |
| Interim Status Report | April 19, 2019 | |
| Rebuttal Expert Disclosures | June 14, 2019 | |
| Close of Discovery | July 19, 2019 | |
| Dispositive Motions | August 16, 2019 | **September 15, 2019** |
| Joint Pre-Trial Order | January 13, 2020 | |

**IT IS HEREBY STIPULATED AND AGREED** by and between the Parties to extend the schedule for dispositive deadline as provided herein.

The Parties respectfully request the Court "so-order" this Stipulation

Dated this 23rd day of July, 2019.

CRAIG K. PERRY & ASSOCIATES


By: _____*/s/ Craig K. Perry*_____
     Craig K. Perry, Esq.
     3450 West Cheyenne Avenue, Suite 400
     North Las Vegas, NV  89032
     Attorneys for Plaintiff
      *Millie Phung Shiu*


Dated this 23rd day of July, 2019.

CLARK HILL PLLC


By: _____*/s/ Jeremy J. Thompson*_____
     Nicholas M. Wieczorek, Esq.
     Jeremy J. Thompson, Esq.
     3800 Howard Hughes Parkway, Suite 500
     Las Vegas, NV  89169
     Attorneys for Defendant
      *Equifax Information Services LLC*


**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 7/24/2019

3

1

2          **<u>CERTIFICATE OF SERVICE</u>**

3          I hereby certify that on July 23, 2019, I electronically filed the foregoing STIPULATION

4   AND ORDER TO EXTEND TIME (FIRST REQUEST) with the Clerk of Court for the U.S.

5   District Court, District of Nevada by using the Court's CM/ECF system. Participants in the case

6   who are registered CM/ECF users will be served by the CM/ECF system.

7

8                          */s/ Richean Martin*
                         An Employee of Clark Hill PLLC
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28